NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−19−13066−mkn<br>CHAPTER 7 |
| EMILIE ANN COBY<br>    aka EMILIE ANN ROSARIO | |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *23* – Reaffirmation Agreement Between Debtor and Carvana, LLC Regarding: 2015 TOYOTA PRIUS V HYBRID with Certificate of Service Filed by CARVANA, LLC (DRIVETIME CREDIT CORPORATION (all)) |
| Filed On: | 8/9/19 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Bankruptcy Debtor(s)
    * Case Number(s)

Dated: 8/12/19

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**